UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RICKY BURAS                                                                                    PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:09CV711-RHW

HIGHLAND COMMUNITY HOSPITAL                                                 DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendant's [30] Motion for Summary Judgment is GRANTED and that the Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 4th day of October, 2010.

*s/ Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE